**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARIA PANTALEON-FLORES, | No. 10-71174 |
| Petitioner, | Agency No. A095-638-340 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 20, 2011[**]

Before: RYMER, THOMAS, and PAEZ, Circuit Judges.

Maria Pantaleon-Flores, a native and citizen, petitions pro se for review of

the decision of the Board of Immigration Appeals denying, as untimely, Pantaleon-

Flores's second motion to reopen and reconsider the underlying denial of her

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

application for cancellation of removal, based on her failure to establish the requisite hardship to her qualifying United States citizen children.

Pantaleon-Flores has waived any challenge to the BIA's decision denying her motion to reopen and reconsider by failing to raise any arguments related to the BIA's dispositive determination that the motion was untimely. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996).

**PETITION FOR REVIEW DENIED**.